IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FERNANDOS TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:10-CV-259-WKW |
| | ) | |
| EUGENE W. REESE, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

No objections having been received to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 9), and after an independent review, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Defendant's motion to dismiss (Doc. # 4) is GRANTED; and,

(3) This case is DISMISSED with prejudice.

DONE this 8th day of June, 2010.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE